**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10
11    DESIREE LIBBY VALDEZ,                    No. C-14-01427 DMR
12              Plaintiff(s),                  **ORDER RE: STIPULATION TO**
                                               **EXTEND TIME FOR RESPONSE TO**
13         v.                                  **COMPLAINT**
14    EQUIFAX INFORMATION SERVICES,
15              Defendant(s).
16    _____/
17         Pursuant to Civil L.R. 6-1, parties may stipulate to extend the time within which to answer or
18    otherwise respond to the complaint without a court order.
19
20         IT IS SO ORDERED.
21
22    Dated:  May 1, 2014
23                                             _____
                                               DONNA M. RYU
24                                             United States Magistrate Judge
25
26
27
28