Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Email: mark@aoblawyers.com

Attorney for Plaintiff Desiree Libby Valdez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE LIBBY VALDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Case No. 4:14-cv-01427-PJH<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed Rule of Civil Proc. 41(a)(1)(A)(ii).

Dated: September 15, 2014.                ANDERSON, OGILVIE & BREWER LLP


                                          By:    /s/*Mark F. Anderson*
                                                 Mark F. Anderson

                                          Attorney for Plaintiff
                                          DESIREE LIBBY VALDEZ

| | | |
|---|---|---|
| 1 | Date: September 15, 2014 | NOKES & QUINN |
| 2 | | 410 Broadway, Suite 210 |
| | | Laguna Beach, CA 92651 |
| 3 | | Phone: 949.376.3500 |
| | | Fax: 949.376.3070 |
| 4 | | Email: tquinn@nokesquinn.com |
| 5 | | By  /s/ Thomas P. Quinn |
| | | Thomas P. Quinn |
| 6 | | |
| 7 | | Attorneys for Defendant Equifax Information Services LLC |

1